JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>BOCO STUMP AND SNOW, a Colorado limited liability company; and LUCAS DARUD, an individual,<br><br>Defendants. | Case No. SACV 24-2187-GW-DFMx<br><br>[Assigned to the Hon. George H. Wu]<br><br>**FINAL JUDGMENT**<br><br>Complaint Filed: October 9, 2024<br>Trial Date: None |

# FINAL JUDGMENT

Pursuant to plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital's ("Balboa") Motion for Default Judgment ("Default Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendants BOCO Stump and Snow, a Colorado limited liability company ("BOCO") and Lucas Darud, an individual ("Darud") (collectively with BOCO, "Defendants"), jointly and severally, in the total amount of **$45,462.77**; which is a sum of the following:

   a. Compensatory damages in the amount owed of $41,754.50, on the Equipment Financing Agreement No. 487925-000 (the "EFA");

   b. Attorneys' fees in the amount of $3,105.27 on the EFA; and

   c. Costs in the amount of $603.00.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: February 26, 2025

_____
HON. GEORGE H. WU,
United States District Judge